IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CECIL BRADLEY MATHEWS,

      Plaintiff,

v.	4:14cv289-WS

OFFICER GLASS, et al.,

      Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation (doc. 21) docketed October 1, 2014.  The magistrate judge recommends that the plaintiff's motion for preliminary injunction (doc. 3) be denied.  The plaintiff has filed no objections to the magistrate judge's report and recommendation.

    Upon review of the record, this court has determined that the recommendation should be adopted.

    Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The plaintiff's motion for preliminary injunction (doc. 3) is DENIED.

3.  The case shall be remanded to the magistrate judge for further proceedings.

DONE AND ORDERED this   3rd   day of   November  , 2014.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE