IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CECIL BRADLEY MATHEWS,

    Plaintiff,

v.                                                                    4:14cv289-WS/CAS

JULIE JONES,

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 8, 2016. See Doc. 74. The magistrate judge recommends that the defendant's motion for summary judgment be granted. The plaintiff has filed objections (doc. 75) to the magistrate judge's report and recommendation. Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

In his fourth amended complaint, the plaintiff asserted an equal protection claim based on a prison policy that prohibits Native American inmates from

wearing beaded headbands. In moving for summary judgment, the defendant produced evidence demonstrating that the challenged policy was adopted for valid security-based reasons and was not meant to discriminate against the religious practices of Native Americans. Not surprisingly, the magistrate judge focused his report and recommendation on the beaded-headband policy challenged by the plaintiff. In his objections to the report and recommendation, the plaintiff now attempts to broaden his claim by asserting that the prison prohibits Native Americans—but not others—from possessing beads of any kind. Such attempt to broaden the issue comes too late.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 74)—limited to the prison's beaded-headband policy—is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion for summary judgment (doc. 65) is GRANTED.

3. The plaintiff's amended motion for summary judgment (doc. 66) is DENIED.

4. The clerk shall enter judgment stating: "Judgment is entered in favor of the defendant, Julie Jones."

DONE AND ORDERED this   14th   day of    September   , 2016.


                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE